UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PELICAN INTERNATIONAL INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>HOBIE CAT COMPANY,<br><br>                    Defendant.<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.:  20cv2390-BAS (MSB)<br><br>**ORDER AFTER TELEPHONIC DISCOVERY CONFERENCE** |

   The Court held an informal telephonic Discovery Conference on January 4, 2022, to address the relevance of Hobie's non-infringing intermediary designs that were never produced for sale.  Counsel for the parties are **ORDERED** to place a joint call to Judge Berg's chambers at **noon** on <u>**January 7, 2021**</u>, to inform the Court whether they need a briefing schedule.

   Due to concern about travel during the latest rise in transmission of COVID-19, Plaintiff's counsel requested that the Court convert the January 11, 2022 Discovery Hearing regarding the sufficiency of Plaintiff's ESI production for custodian Antoine Élie from an in-person hearing to a telephonic one.  In the absence of any objection, the

///

///

Court **GRANTS** the oral request as follows. At **9:30 a.m.** on **January 11, 2022**, all counsel who will participate in the hearing must call the Court's conference line at (888) 363-4734, and enter the access code 3019297.

**IT IS SO ORDERED**.

Dated: January 4, 2022

Honorable Michael S. Berg
United States Magistrate Judge